IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER PRATER,

        Plaintiff,                      No. 2:12-cv-2632 KJN P

    vs.

JUAN ROMERO, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff consented to proceed before the undersigned for all purposes.  <u>See</u> 28 U.S.C. § 636(c).  By an order filed March 7, 2013, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants.  That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        Although it appears from the docket that plaintiff's copy of the order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

////

1

1       IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u>

2 Fed. R. Civ. P. 41(b).

3 DATED: April 17, 2013

5 _____
6 KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

7 prat2632.fusm